NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVAPCO DRY COOLING, INC.,**
*Appellant*

**v.**

**SPG DRY COOLING USA LLC,**
*Appellee*

---

2023-1105, 2023-1106

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00687, IPR2021-00688.

---

## O R D E R

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeals are dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

February 27, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 27, 2024